AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
FEB 24 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America<br>v.<br>DANA GHAZI MUSTAFA,<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 1:20-mj-82 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 22, 2020__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 111(a)(1) | Assaulting a federal officer |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

AUSA John Blanchard /AUSA Marc Birnbaum

_Complainant's signature_

Thomas Ferrara, FAM, Task Force Officer, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: February 24, 2020

City and state: Alexandria, VA

/s/
Ivan D. Davis
United States Magistrate Judge