JS 45 (01/2008)

**REDACTED**

## Criminal Case Cover Sheet            U.S. District Court

**Place of Offense:**    Under Seal: Yes ___ No X    Judge Assigned: _____

City _____ Superseding Indictment _____ Criminal Number: _____

County/Parish Loudoun    Same Defendant _____ New Defendant X

Magistrate Judge Case Number 1:20-mj-__ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

**Juvenile** -- Yes ___ No X    **FBI #** _____

**Defendant Name:** DANA GHAZI MUSTAFA    Alias Name(s) _____

**Address:** _____

**Employment:** _____

**Birth date** xx/xx/1992 **SS#** xxx-xx-7632 **Sex** F **Def Race** _____ **Nationality** _____ **Place of Birth** _____

**Height** _____ **Weight** _____ **Hair** _____ **Eyes** _____ **Scars/Tattoos** _____

Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date 02/22/2020

X Already in Federal Custody as of 02/22/2020 in Alexandria City Jail

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

Defense Counsel Information:

Name: _____ ___ Court Appointed    Counsel conflicted out: _____

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA John Blanchard    Telephone No: 703-299-3999    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Thomas Ferrara, FAM, Task Force Officer, Federal Bureau of Investigation

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 111(a)(1) | Assaulting a federal officer | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 2/24/26    Signature of AUSA: _____