FID#: 11090483

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FEB 24 2020

| | |
|---|---|
| United States of America<br>v.<br>DANA GHAZI MUSTAFA,<br><br>*Defendant* | )<br>)  Case No. 1:20-mj-82<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANA GHAZI MUSTAFA                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

  Assaulting a federal officer, in violation of Title 18, United States Code, Section 111(a)(1).

Date:     February 24, 2020

/s/
Ivan D. Davis
United States Magistrate Judge

City and state:     Alexandria, VA

Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

  This warrant was received on *(date)* 2/24/2020 , and the person was arrested on *(date)* 2/22/2020 (PC)
at *(city and state)*  Dulles, VA                            .

Date: 2/24/2020

*Arresting officer's signature*

LUIS MARTY DUSM
*Printed name and title*